UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERICA HENICK,

    Plaintiff,                                          CASE NO. 5:12-cv-00527-WTH-PRL

v.

COMMERCIAL RECOVERY SYSTEMS, INC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, ERICA HENICK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                         RESPECTFULLY SUBMITTED,

                                                By: /s/ Shireen Hormozdi
                                                   Shireen Hormozdi
                                                   Krohn & Moss, Ltd
                                                   10474 Santa Monica Blvd., Suite 401
                                                   Los Angeles, CA 90025
                                                   Phone: (323) 988-2400 ext. 267
                                                   Fax: (866) 802-0021
                                                   Attorney for Plaintiff
                                                   FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff