# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**ERICA HENICK,**

        **Plaintiff,**

-vs-                                        Case No.  5:12-cv-527-Oc-10PRL

**COMMERCIAL RECOVERY SYSTEMS, INC.,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been notified that the above-styled cause has been settled, it is

**ORDERED** that this cause be and the same is hereby **DISMISSED**, subject to the right of any party to move within 60 days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment.

**BY ORDER OF THE COURT**, this 28th day of December, 2012.

                                                    **FOR THE COURT**,

                                                    By: *Maurya McSheehy*
                                                          Deputy Clerk

Copies to:
Counsel of Record