**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ERICA HENICK,

    Plaintiff,                                    CASE NO. 5:12-cv-00527-WTH-PRL

v.

COMMERCIAL RECOVERY SYSTEMS, INC,

    Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

       ERICA HENICK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, COMMERCIAL RECOVERY SYSTEMS, INC (Defendant), in this case.

                                      RESPECTFULLY SUBMITTED,

                                      By:  /s/ Shireen Hormozdi
                                            Shireen Hormozdi, Esq.
                                            FBN: 882461
                                            KROHN & MOSS, LTD.
                                            10474 Santa Monica Blvd, Suite 401
                                            Los Angeles, CA 90025
                                            T: (323) 988-2400 ext. 230
                                            F: (866) 802-0021
                                            shormozdi@consumerlawcenter.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

                                                 /s/ Shireen Hormozdi
                                                 Shireen Hormozdi
                                                 Attorney for Plaintiff