UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERICA HENICK,

          Plaintiff,

-vs-                                      Case No. 5:12-cv-527-Oc-10PRL

COMMERCIAL RECOVERY SYSTEMS,
INC.,

          Defendant.
_____/

**O R D E R**

      This case is before the Court for consideration of the Plaintiff's Notice of Voluntary Dismissal (Doc. 9). The Defendant, who was served on October 1, 2012, has not filed an answer or motion for summary judgment, or otherwise appeared in this case. Pursuant to the Notice and in accordance with Fed. R. Civ. P. 41(a)(1), the Clerk is directed to enter judgment dismissing this case without prejudice, each Party to bear its own fees and costs. The Clerk is further directed to terminate any pending motions and to close the file.

      IT IS SO ORDERED.

      DONE and ORDERED at Ocala, Florida this 20th day of February, 2013.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                 Maurya A. McSheehy